RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/21/11
BY gbr

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| QUATERRIOUS KING,<br>        Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:10-cv-00204 |
| VERSUS | |
| PATRICK RAMSEY, et al.,<br>        Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that King's case is dismissed without prejudice for failure to prosecute pursuant to LR41.3W and Fed.R.Civ.P. 41(b).

THUS ORDERED AND SIGNED in Chambers at _Alexandria_____, Louisiana, on this _21st_ day of _September_____, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE